**Expanded Surveillance of IP Address 71.238.169.163**

**ISP:** Comcast Cable
**Location:** Brighton, MI

| Hit Date  UTC | Filename |
|---|---|
| 02/28/2013 | Trike Patrol - Josey |
| 02/17/2013 | x.ftv.01 |
| 02/16/2013 | Hegre-Art Labia Loving Orgasm Massage - pARTS_unKNOWN |
| 02/15/2013 | Sunny Leone - Ecstatic Orgasm HD 1080p |
| 02/12/2013 | Adobe Acrobat XI Pro 11.0.0 Multilanguage (Cracked dll ) |
| 02/11/2013 | Expert.Guide.to.the.G.Spot.XXX.DVDRip.XviD-CiCXXX |
| 02/07/2013 | On the Road {2012} BRRip LiNE XviD ViSiON |
| 02/07/2013 | Bob James and Earl Klugh - Cool |
| 02/07/2013 | [X-Art] 2010-10-20 Tori - Endless Orgasm [00'06'55] [WMV] [1280px] |
| 02/07/2013 | Best of Cloe |
| 02/07/2013 | [X-Art]  Wet Orgasm - Veronica [1080p] |
| 01/31/2013 | MrPOV - Anal Orgasm - Melody Jordan.mp4 |
| 01/18/2013 | Girls.S01E02.Vagina.Panic.HDTV.XviD-FQM.avi |
| 01/17/2013 | 3 Horny Teens Experience A Bathroom Amateur Orgy.zip |
| 01/17/2013 | Exclusive Teen Porn - Amazing Teen Porn HD 720p |
| 01/15/2013 | [2012].Red Dawn.DvDrip.XviD.AC3-ZOnE |
| 01/14/2013 | Skyfall-James Bond (2012)-XviD[ENG]-YaddreT |
| 01/14/2013 | [DL] Total.Recall.2012.DVDRip.XviD-SPARKS |
| 01/14/2013 | The Four Horsemen |
| 12/29/2012 | Harry Connick Jr - What A Night Christmas [320kbps] [iSpeedz] |
| 12/28/2012 | ParaNorman 2012 DVDRip XviD-SPARKS |

EXHIBIT C

NEMI56

| Hit Date UTC | Filename |
|---|---|
| 12/28/2012 | Dexter The Game 2 [PC] Crack by SKIDROW |
| 12/27/2012 | MILFSoup.12.12.15.Ashlee.Raine.New.To.Porn.XXX.720p.x264-SEXORS[rbg] |
| 12/15/2012 | GF Has A Nice Intense Orgasm.avi |
| 11/11/2012 | Masterpiece.Theatre.S42E26.Upstairs.Downstairs.II.(3).A.Perfect.Specimen.of.Womanhood.HDTV.x264-LOL[ettv] |
| 11/11/2012 | [X-Art] - The Ultimate Blowjob - Sam, Marie [1080p] |
| 11/11/2012 | [X-Art] - Red Hot Summer - Elle [1080p] |
| 11/10/2012 | [X-Art] The Masseuse - Anneli,Ivy [720p].wmv |
| 11/10/2012 | [X-Art] VIP Lounge - Angie [720p].wmv |
| 11/10/2012 | [X-Art] - The Art of Anal Sex - Marie [720p] |
| 11/10/2012 | X - art - Silvie (Perfect Lovers) 720p HD |
| 11/10/2012 | x-art_tiffany-N.N-california_dreams_540.wmv |
| 11/10/2012 | X-Art.Kristen.Girl.Next.Door |
| 11/08/2012 | Disgraced18.12.07.18.Tiffany.Fox.Love.Cuffs.XXX.720p.WMV SEXORS |
| 11/02/2012 | D18_Tiffany_Brooks.avi |
| 11/01/2012 | Secretary's Day 5 - April O'Neil, Tiffany Brooks |
| 11/01/2012 | [ www.Speed.Cd ] - The.Office.US.S08E08.720p.HDTV.X264-DIMENSION |
| 11/01/2012 | 12.10.25.Tiffany Doll_EuroSexParties_ImgZilla.mp4 |
| 10/30/2012 | Masterpiece.Theatre.S42E27.Upstairs.Downstairs.II.(4).All.The.Things.You.Are.XviD-SYS.avi |
| 10/30/2012 | Masterpiece.Theatre.S42E28.Upstairs.Downstairs.II.(5).The.Last.Waltz.HDTV.XviD-LOL.[VTV].avi |
| 10/30/2012 | Masterpiece.Theatre.S42E25.Upstairs.Downstairs.II.(2).The.Love.that.Pays.the.Price.XviD-SYS.avi |
| 10/30/2012 | Masterpiece.Theatre.S42E24.Upstairs.Downstairs.II.(1).A.Faraway.Country.About.Which.We.Know.Nothing.HDTV.XviD-FQM |
| 10/26/2012 | American Built (1992) |
| 10/24/2012 | [REQ]Orgasms.xxx All Videos Siterip - buhaypirata |
| 10/24/2012 | Orgasm.XXX.DVDRip.XviD-Jiggly |

EXHIBIT C

NEMI56

| Hit Date  UTC | Filename |
| --- | --- |
| 10/23/2012 | [X-Art] Sex with a Supermodel - Tiffany |
| 10/23/2012 | Orgasms - Connecting - Tiffany [720p].mov |
| 10/23/2012 | Tiffany - Like The First Time |
| 10/23/2012 | TheRealWorkout.-.Tiffany Brookes |
| 10/11/2012 | Ladyboy Gold - Jasmine - Pink Prostate Play Bareback HD 720p [WMV] |
| 10/11/2012 | Treme Season 2 Complete 720p |
| 10/11/2012 | Perfect Uninstaller 6.3.3.9 DC 27.08.2012 + Key |
| 10/11/2012 | 25777_Skin_Steeve.wmv |
| 10/10/2012 | A Thousand Words.avi |
| 10/04/2012 | Joe Bonamassa-Beacon Theatre (Live From New York 2012) NLToppers |
| 08/13/2012 | Microsoft.Office.Enterprise.2007.Keygen |

EXHIBIT C

NEMI56