File Hashes for IP Address 71.238.169.163

**ISP:** Comcast Cable
**Physical Location:** Brighton, MI

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/07/2013 15:57:03 | 59448198C43090645093E37289900D8EBB4D4D04 | Veronica Wet Orgasm |
| 02/07/2013 15:49:10 | 64FB788AE5ADA23F37C5A7E291EC5BEB51EE0C71 | Tori The Endless Orgasm |
| 11/09/2012 17:52:33 | 4E5C403BE0049B008318D4777415D777688E42C0 | The Ultimate Blowjob |
| 11/09/2012 17:35:29 | A772E695B7EC56CEAF5EEA3F92AD6A7DA0878573 | Red Hot Summer |
| 11/09/2012 17:24:32 | F87705182E5524E0FA18720AE6A56F586DB42223 | Angie VIP Lounge |
| 11/08/2012 03:00:43 | 417D14B60BA217366404117090E2971CFB464423 | Perfect Lovers |
| 10/23/2012 16:52:03 | 8C5449C4FFA1261EFF57D0B206424EEDB60788CE | Like The First Time |
| 10/23/2012 16:44:28 | FFF24BD9C0F76FD0B5683B06F5124ECA6C1789A7 | Tiffany Sex With A Supermodel |

**Total Statutory Claims Against Defendant: 8**

EXHIBIT A

NEMI56