**Copyrights-In-Suit for IP Address 71.238.169.163**

**ISP:** Comcast Cable
**Location:** Brighton, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Angie VIP Lounge | PA0001771705 | 11/28/2011 | 01/17/2012 | 11/09/2012 |
| Like The First Time | PA0001778844 | 02/29/2012 | 02/29/2012 | 10/23/2012 |
| Perfect Lovers | PA0001785959 | 07/20/2011 | 04/09/2012 | 11/08/2012 |
| Red Hot Summer | PA0001780469 | 09/23/2011 | 03/10/2012 | 11/09/2012 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 11/09/2012 |
| Tiffany Sex With A Supermodel | PA0001762022 | 02/23/2011 | 11/21/2011 | 10/23/2012 |
| Tori The Endless Orgasm | PA0001762082 | 10/20/2010 | 11/18/2011 | 02/07/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 02/07/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 8**

EXHIBIT B

NEMI56