UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MALIBU MEDIA, LLC,

        Plaintiff,                               Case Number 13-11436

v.                                                  Honorable David M. Lawson

KURT SCHELLING,

        Defendant.
_____/

## JUDGMENT

In accordance with the opinion and order granting in part the plaintiff's motion for default judgment entered on this date,

It is **ORDERED AND ADJUDGED** that the plaintiff shall recover of the defendant, Kurt Schelling, damages, costs, and attorney's fees in the amount of $7,000.

It is further **ORDERED AND ADJUDGED** that the defendant, Kurt Schelling, is **RESTRAINED AND ENJOINED** from directly, contributorily, or indirectly infringing Malibu Media's rights under the federal copyright law by using the Internet, BitTorrent, or any other online media distribution protocol to reproduce or distribute Malibu Media's copyrighted works, or by making those works available to the public.

It is further **ORDERED AND ADJUDGED** that the defendant, Kurt Schelling, forthwith shall destroy all unauthorized copies of Malibu Media's copyrighted works on any computer hard drive, server, or other medium or device in Schelling's possession or control.

                                                                     s/David M. Lawson
                                                                     DAVID M. LAWSON
                                                                     United States District Judge

Dated:   July 8, 2014

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on July 8, 2014.

s/Shawntel Jackson
SHAWNTEL JACKSON